U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

OCT 1 1 2019

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **Criminal No. 2:19-cr-** 193-G25 |
| v. | ) |
| | ) **18 U.S.C. § 661** |
| **JEFFREY PHILLIPS** | ) |

## INDICTMENT

### Taking/Carrying Away Property of Another Within Territorial Jurisdiction

The Grand Jury charges:

From approximately February 2010 through and until approximately April 2017, in the

District of Maine, at a place within the Special Maritime and Territorial Jurisdiction of the

United States, the Portsmouth Naval Yard, the defendant

### JEFFREY PHILLIPS

did take and carry away, with intent to steal and purloin, monies and property exceeding $1,000

belonging to the International Association of Machinists and Aerospace Workers, Local Lodge

836, in violation of Title 18, United States Code, Section 661.

A TRUE BILL,

Signature on file in the Clerk's Office

GRAND JURY FOREPERSON

Assistant United States Attorney

Dated: 10/11/2019